1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  | CEDRICK BROWN,                          1:10-cv-00652-LJO-DLB (HC)

10 |                 Petitioner,            ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATION, DENYING
11 |      v.                                RESPONDENT'S MOTION TO DISMISS THE
                                            INSTANT PETITION, DIRECTING
12 |                                        RESPONDENT TO FILE A FURTHER
       J. HARTLEY,                          RESPONSE TO THE PETITION, AND
13 |                                        REFERRING THE MATTER BACK TO THE
                 Respondent.                MAGISTRATE JUDGE FOR FURTHER
14 |                                        PROCEEDINGS

15
   _____/      [Doc. 14]
16

17       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2254.

19       On October 1, 2010 , the Magistrate Judge issued Findings and Recommendation that the

20 Motion to Dismiss be DENIED.   This Findings and Recommendation was served on all parties

21 and contained notice that any objections were to be filed within thirty (30) days of the date of

22 service of the order.

23       On November 2, 2010, Respondent filed timely objections to the Findings and

24 Recommendation.

25       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

26 a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

27 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

28 supported by the record and proper analysis.  Petitioner's objections present no grounds for

1   questioning the Magistrate Judge's analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3      1.    The Findings and Recommendation issued October 1, 2010, is ADOPTED IN

4          FULL;

5      2.    Respondent's Motion to Dismiss is DENIED;

6      3.    Within forty-five (45) days from the date of service of this order, Respondent shall

7          file a further response to the petition in accordance with the Court's June 21,

8          2010, order to respond; and

9      4.    The matter is referred back to the Magistrate Judge for further proceedings.

10                 IT IS SO ORDERED.

11  **Dated:   November 15, 2010**         **/s/ Lawrence J. O'Neill**

12                         UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28